UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DOUGLAS LONGHINI, Individually,

    Plaintiff,

vs.                              Case No. 6:19-cv-01108-RBD-DCI

LA MIRADA-SCHIPPERS, LLC, a Florida
Limited Liability Company,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, Doug Longhini, Individually, by and through his undersigned counsel, and informs the Court that the matter has been amicably settled between the Parties, subject to the final execution of the settlement documents, and hereby requests:

1.    The Plaintiff requests that pursuant to a Court Order, that the case be dismissed subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a Joint Stipulation of Dismissal With Prejudice.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **17th** day of **October, 2019**, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF System which will automatically send a Notice of Electronic Filing to Attorneys for Defendant, Kimberly A. Ashby, Esq. at kashby@foley.com Foley & Lardner LLP, 111 N Orange Avenue, Suite 1800, Orlando, Florida 32801.

Respectfully Submitted,

**/s/John P. Fuller**
John P. Fuller, Esq.

Fla. Bar No: 0276847
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL   33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
jpf@fullerfuller.com
*Attorneys for Plaintiff*